UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

KEVIN D. MORROW                                    CASE NO. 05-32495
SSN: xxx-xx-7810                                   CHAPTER 13
Debtor

NOTICE TO BERONICA MEDINA HERNANDEZ THAT $11.96 HAS BEEN
DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #106000

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Beronica Medina Hernandez, creditor herein, and deposits $11.96 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Beronica Medina Hernandez was:

   4684 SR 25 N, Lot 27
   Rochester, IN 46975

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: 11-20-09

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on __11-20-09__

By U. S. Mail to the Debtor and Creditor as follows:

Debtor(s): Kevin Morrow, 626 Main Street, Rochester, IN 46975
Creditor: Beronica Medina Hernandez, 4684 SR 25 N, Lot 27, Rochester, IN 46975

By electronic e-mail to the following:

Debtor's Attorney: Brad Woolley
U.S. Trustee

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson